# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jabari D Watson,

            Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                               3:07-cv-53-2

Peter Gilchrist, et al,

            Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2007 Order.

Signed: February 14, 2007

_Frank G. John_

Frank G. Johns, Clerk
United States District Court